**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1798**

DOROTHY SAUNDERS, wife of decedent,

             Plaintiff - Appellant,

       and

TYRONE SAUNDERS, deceased,

             Plaintiff,

       v.

UNION CARBIDE CORPORATION; DOW CHEMICAL COMPANY,

             Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert C. Chambers, District Judge. (3:10-cv-00746)

Submitted: September 30, 2010          Decided: October 7, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dorothy Saunders, Appellant Pro Se. Kimberly Ann Martin, LEWIS BRISBOIS BISGAARD & SMITH, LLP, Charleston, West Virginia; Jeffrey Michael Wakefield, FLAHERTY, SENSABAUGH & BONASSO, PLLC, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorothy Saunders appeals the district court's order dismissing her wrongful death and personal injury complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Saunders v. Union Carbide Corp., No. 3:10-cv-00746 (S.D.W. Va. July 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED